No. 17,392.

GORDON *v.* DODSON ET AL.
(275 P. [2d] 957)

Decided November 8, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. WOLVINGTON & WORMWOOD, for plaintiff in error.

Messrs. McCOMB, ZARLENGO, MOTT & SCHMIDT, for defendants in error.